AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FRANK SEISER,

    Plaintiff,

    v.

KENNETH BERRIS, OFFICER DAVE
KUMIEGA, OFFICER GRECO # 6254,
OFFICER MC KENNA #11711, and the CITY
OF CHICAGO,

    Defendants.

To: OFFICER GRECO # 6254
c/o Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**SUMMONS**

No.    08 CV 4100
      JUDGE CASTILLO
Judge   MAGISTRATE JUDGE DENLOW
Magistrate Judge

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

> HORWITZ, RICHARDSON & BAKER LLC
> 20 S. Clark St. Suite 500
> Chicago, IL 60603
> Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          _____
(By) Deputy Clerk                                              Date

**Michael W. Dobbins, Clerk**



_____          July 21, 2008
(By) DEPUTY CLERK                                        Date

Jun 13 08 01:51p      Law Offices                        312-372-7076              p.14

CASE# 08 CV 4100

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | Date  8-19-08 |
|---|---|
| NAME OF SERVER (PRINT) Dan Thompson | TITLE  Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

_____

_____

                                                    # 6154
☒ Other specify:  SERVED P.O. GRECO C/o CHICAGO POLICE

DEPT. HEAD QUARTERS C/o PAT MARTIN

3510 SO. MICHIGAN CHICAGO ILL. 60653

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  8-19-08
                Date

Signature of Server

C/o Metro Service Inc.   4647 W 103rd St
Address of Server              Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.