AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANK SEISER,<br><br>　　Plaintiff,<br><br>v.<br><br>KENNETH BERRIS, OFFICER DAVE KUMIEGA, OFFICER GRECO # 6254, OFFICER MC KENNA #11711, and the CITY OF CHICAGO,<br><br>　　Defendants.<br><br>To: CITY OF CHICAGO<br>C/o City Clerk<br>121 N. LaSalle, Room 107<br>Chicago, IL 60601 | **SUMMONS**<br><br>No. 08 CV 4100<br><br>Judge JUDGE CASTILLO<br><br>Magistrate Judge<br>　　MAGISTRATE JUDGE DENLOW |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

　　　　HORWITZ, RICHARDSON & BAKER LLC
　　　　20 S. Clark St. Suite 500
　　　　Chicago, IL 60603
　　　　Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____　　　　　　_____
(By) Deputy Clerk　　　　　　　　　　　　　　　　　　　　Date


**Michael W. Dobbins, Clerk**

*/s/ Jacqueline Hallimon*　　　　　　　　　　　　　　　　　　　　**July 21, 2008**
---------------------------　　　　　　　　　　　　　　　　　-----------------------
(By) DEPUTY CLERK　　　　　　　　　　　　　　　　　　　　Date

08 CV 4100

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | Date 8/19/08 |
| NAME OF SERVER (PRINT) Joseph Connolly | TITLE Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: City of Chicago c/o Bernadine Gabrysiak 121 N. LaSalle Room 107 Chicago, IL 60601

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other specify: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 8/19/08
Date

Signature of Server: Joseph Connolly

Address of Server: c/o Metro Service Inc. 4647 W 103rd St Oak Lawn, IL 60453

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.