**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Frank Seiser
                      Plaintiff,

v.                                                         Case No.: 1:08−cv−04100
                                                              Honorable Morton Denlow

Kenneth Berris, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 28, 2009:

      MINUTE entry before the Honorable Morton Denlow:Enter agreed order of dismissal. This case is dismissed without prejudice with leave to reinstate on or before 5/15/09 for the purpose of enforcing the settlement. In the event a motion to reinstate or motion to enforce settlement is not filed on or before 5/15/09, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. Civil case terminated. (For further details see separate order.)Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.