IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK SEISER, <br><br> Plaintiff, <br><br> vs. <br><br> KENNETH BERRIS, OFFICER DAVE KUMIEGA, OFFICER GRECO #6254, OFFICER MCKENNA #11711, and the CITY OF CHICAGO, <br><br> Defendants. | Case No.: 08 C 4100 <br><br> Judge Ruben Castillo <br><br> Magistrate Judge Morton Denlow |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the parties' Stipulation to Dismiss, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff FRANK SEISER, by one of his attorneys, Erica Faaborg of Horwitz, Richardson & Baker, and defendant KENNETH BERRIS, by one of his attorneys, Joseph V. Roddy of Law Offices of Joseph V. Roddy, and municipal defendants DAVE KUMIEGA, ANA GRECO, WILLIAM MCKENNA, and the CITY OF CHICAGO ("City"), by one of their attorneys, Terrence M. Burns of Dykema Gossett PLLC, plaintiff and defendant City having entered into a Release and Settlement Agreement and counsel for the parties having executed a Stipulation to Dismiss, the Court being fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff FRANK SEISER against defendants, KENNETH BERRIS, DAVE KUMIEGA, ANA GRECO, WILLIAM MCKENNA, and the CITY OF CHICAGO, are dismissed with prejudice, in termination of this entire action, and with each side bearing their own costs and attorney's fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: *Morton Denlow*
Magistrate Judge Morton Denlow
United States District Court

DATED: February 13, 2009